**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Bradley Dean BIDGOOD, a/k/a Brad, Defendant–Appellant.**

**No. 02–6531.**

United States Court of Appeals, Fourth Circuit.

Submitted June 13, 2002.

Decided June 19, 2002.

Bradley Dean Bidgood, Pro Se. Christine Witcover Dean, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before WIDENER, LUTTIG, and WILLIAMS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Bradley Dean Bidgood appeals the district court's margin order denying his mo-

tion to modify his sentence. We have reviewed the record and the district court's order and find no reversible error. Accordingly, we affirm the district court's order. *See United States v. Bidgood,* No. CR–95–32 (E.D.N.C. Feb. 20, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*